**Milton J. SMITH, JR., Plaintiff–Appellant,**

v.

**SIMPKINS, Sgt.; S. Hejirika, Sr., Warden, Defendants–Appellees.**

**No. 12–6529.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2012.

Decided: July 31, 2012.

Milton J. Smith, Jr., Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milton J. Smith, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Milton v. Simpkins,* No. 1:11–cv–02214–JFM, 2012 WL 831934 (D.Md. Mar. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*